# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 11-00690-SJO (JEMx) | Date | March 1, 2011 |
|---|---|---|---|
| Title | Yardi Systems, Inc. v. RealPage, Inc., et al. | | |

| Present: The Honorable | John E. McDermott, United States Magistrate Judge |
|---|---|

| S. Anthony | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |

**Proceedings:** (IN CHAMBERS) ORDER VACATING THE HEARING SET FOR MARCH 6, 2012 RE PLAINTIFF AND COUNTER-DEFENDANT YARDI SYSTEMS, INC.'S MOTION TO COMPEL INTERROGATORY RESPONSE; OR IN THE ALTERNATIVE, FOR AN ORDER ALLOWING MORE THAN TWENTY-FIVE INTERROGATORIES [Docket #162]

The hearing set for March 6, 2012 re Plaintiff and Counter-Defendant Yardi Systems, Inc.'s Motion To Compel Interrogatory Responses; or, In The Alternative, For An Order Allowing More Than Twenty-Five Interrogatories [Docket #162] is hereby vacated. Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds these matters appropriate for decision without oral argument. The matters will be taken under advisement, and the parties will be notified of the Court's decision in writing.

cc: Parties

|  | : |  |
|---|---|---|
|  | Initials of Preparer | sa |