1  BINGHAM MCCUTCHEN LLP
Geoffrey M. Howard (SBN 157468)
2  Email: geoff.howard@bingham.com
James B. Lewis (SBN 71669)
3  Email: james.lewis@bingham.com
Bree Hann (SBN 215695)
4  Email: bree.hann@bingham.com
Three Embarcadero Center
5  San Francisco, CA  94111-4067
Telephone:  415.393.2000
6  Facsimile:  415.393.2286
7

8  Attorneys for Plaintiff and
Counterdefendant
9  Yardi Systems, Inc.

10

11              UNITED STATES DISTRICT COURT

12              CENTRAL DISTRICT OF CALIFORNIA

13

| 14  Yardi Systems, Inc., | Case No. CV 11-00690 ODW(JEMx) |
|---|---|
| 15              Plaintiff, | [PROPOSED ORDER] ON STIPULATION REGARDING DOCUMENT PRODUCTION |
| 16      v. | |
| 17  RealPage, Inc. and DC Consulting, Inc., | [STIPULATION FILED CONCURRENTLY HEREWITH] |
| 18              Defendants. | |
| 19 | |

20

21

22

23

24

25

26

27

28
A/74761165.1/2022035-0000353321

FILED
CLERK, U.S. DISTRICT COURT

MAR - 1 2012

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

1    The Court, having considered the Stipulation Regarding Document

2    Production and finding good cause for the stipulated request, hereby ORDERS that

3    the parties shall complete their document productions in accordance with terms of

4    the stipulation.

5

6    IT IS SO ORDERED.

7

8    DATED:  March 1 , 2012

9

10   By: John E. McDermott

11       The Honorable John E. McDermott
         United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

A/74761165.1/2022035-0000353321

1

[PROPOSED ORDER] ON STIPULATION RE DOCUMENT PRODUCTION - CV 11-00690