```
1   MARK A. SAMUELS (S.B. #107026)
    msamuels@omm.com
2   JAMES M. PEARL (S.B.#198481)
    jpearl@omm.com
3   O'MELVENY & MYERS LLP
    400 South Hope Street
4   Los Angeles, CA 90071-2899
    Telephone: (213) 430-6000
5   Facsimile: (213) 430-6407

6   DAVID R. EBERHART (S.B. #195474)
    deberhart@omm.com
7   SHARON M. Bunzel (S.B. #181609)
    sbunzel@omm.com
8   O'MELVENY & MYERS LLP
    Two Embarcadero Center, 28th Floor
9   San Francisco, CA 94111-3823
    Telephone: (415) 984-8700
10  Facsimile: (415) 984-8701

11  Attorneys for Defendant and
    Counterclaimant REALPAGE, INC.
```

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YARDI SYSTEMS, INC., a California corporation,<br><br>Plaintiff,<br>v.<br>REALPAGE, INC., a Delaware corporation, and DC CONSULTING, INC., a Washington, D.C., corporation,<br><br>Defendants.<br><br>REALPAGE, INC., a Delaware corporation,<br><br>Counterclaimant,<br>v.<br>YARDI SYSTEMS, INC., a California corporation,<br><br>Counterdefendant. | Case No. CV11-690 ODW (JEMx)<br><br>[~~PROPOSED~~] ORDER GRANTING APPLICATION TO FILE UNDER SEAL (1) JOINT STIPULATION REGARDING REALPAGE, INC.'S MOTION TO COMPEL AND FOR SANCTIONS, (2) EXHIBITS C, D, E, F, G, K, M, N, O, AND R TO THE DECLARATION OF JAMES M. PEARL, AND (3) DECLARATION OF DAVID MAGEE<br><br>**Mag. Judge:** Hon. John E. McDermott<br><br>Hearing Date: July 24, 2012<br>Hearing Time: 10:00 a.m.<br>Courtroom: C, Spring Street<br>Discovery Cutoff: September 4, 2012<br>Pretrial Conference: January 7, 2013<br>Trial Date: January 29, 2013 |

[PROPOSED] ORDER GRANTING
APPLICATION TO FILE UNDER SEAL
NO. CV11-690 ODW (JEMx)

1   Before the Court is RealPage, Inc.'s Application to File Under Seal (1) Joint
2   Stipulation Regarding RealPage, Inc.'s Motion to Compel and for Sanctions;
3   (2) Exhibits C, D, E, F, G, K, M, N, O, and R to the Declaration of James M. Pearl;
4   and (3) Declaration of David Magee, all lodged with the Court on June 29, 2012.
5   Having considered RealPage's Application and the information RealPage
6   seeks to seal, the Court finds sufficient reason to permit filing the requested
7   information under seal.
8   **IT IS HEREBY ORDERED THAT** RealPage's Application is
9   **GRANTED**. The following documents shall be filed under seal:
10      (1)  Joint Stipulation Regarding RealPage, Inc.'s Motion to Compel and for
11           Sanctions;
12      (2)  Exhibits C, D, E, F, G, K, M, N, O, and R to the Declaration of James
13           M. Pearl in Support of RealPage's Motion to Compel and for
14           Sanctions; and
15      (3)  Declaration of David Magee in Support of Yardi Systems, Inc.'s
16           Opposition to Motion to Compel, with supporting exhibits.
17  **IT IS SO ORDERED.**
18  Dated: July 2, 2012

Honorable John E. McDermott
United States Magistrate Judge