```
 1  MARK A. SAMUELS (S.B. #107026)
    msamuels@omm.com
 2  JAMES M. PEARL (S.B.#198481)
    jpearl@omm.com
 3  O'MELVENY & MYERS LLP
    400 South Hope Street
 4  Los Angeles, CA 90071-2899
    Telephone:  (213) 430-6000
 5  Facsimile:  (213) 430-6407

 6  DAVID R. EBERHART (S.B. #195474)
    deberhart@omm.com
 7  SHARON M. Bunzel (S.B. #181609)
    sbunzel@omm.com
 8  O'MELVENY & MYERS LLP
    Two Embarcadero Center, 28th Floor
 9  San Francisco, CA 94111-3823
    Telephone:  (415) 984-8700
10  Facsimile:  (415) 984-8701

11  Attorneys for Defendant and
    Counterclaimant REALPAGE, INC.
```



**ORIGINAL**

FILED
CLERK, U.S. DISTRICT COURT
JUL - 2 2012
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YARDI SYSTEMS, INC., a California corporation,<br><br>            Plaintiff,<br><br>      v.<br><br>REALPAGE, INC., a Delaware corporation, and DC CONSULTING, INC., a Washington, D.C., corporation,<br><br>            Defendants.<br><br>REALPAGE, INC., a Delaware corporation,<br><br>            Counterclaimant,<br><br>      v.<br><br>YARDI SYSTEMS, INC., a California corporation,<br><br>            Counterdefendant. | Case No. CV11-690 ODW (JEMx)<br><br>[PROPOSED] ORDER GRANTING REALPAGE, INC.'S APPLICATION TO FILE UNDER SEAL THE JOINT STIPULATION REGARDING REALPAGE'S MOTION TO COMPEL INTERROGATORY RESPONSES AND THE DECLARATION OF DAVID MAGEE IN SUPPORT OF YARDI'S OPPOSITION TO REALPAGE'S MOTION TO COMPEL<br><br>**Mag. Judge**:   Hon. John E. McDermott<br>Hearing Date:   June 24, 2012<br>Hearing Time:   10:00 a.m.<br>Courtroom:      C, Spring Street |

LODGED
2012 JUN 29 PM 3:37
CENTRAL DIST. C...
LOS ANGELES

1  Before the Court is RealPage, Inc.'s Application to File Under Seal the Joint
2  Stipulation regarding RealPage's Motion to Compel Interrogatory Responses and
3  the Declaration of David Magee in Support of Yardi's Opposition to RealPage's
4  Motion to Compel, which was lodged with the Court on June 27, 2012.
5  Having considered RealPage's Application and the information RealPage
6  seeks to seal, the Court finds sufficient reason to permit filing the requested
7  information under seal.
8  **IT IS HEREBY ORDERED THAT** RealPage's Application is
9  **GRANTED.** The Joint Stipulation regarding RealPage's Motion to Compel
10  Interrogatory Responses and the Declaration of David Magee in Support of Yardi's
11  Opposition to RealPage's Motion to Compel shall be filed under seal.
12  **IT IS SO ORDERED.**
13  Dated: ~~June~~ July 2, 2012

_/s/ John E. McDermott_
Honorable John E. McDermott
United States Magistrate Judge

OMM_US:70755621.1